JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **GEOVANNY ANTONIO VARGAS,** | ) | CASE NO. CV 14-6927-DDP (AJW) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **DAVE DAVEY, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: _September 11, 2015_____

_____
Dean D. Pregerson
United States District Judge